FILED

2020 DEC 28 PM 3: 11

# United State District Court
# Middle District of Florida
# Orlando Division

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Fabiola C. Frank,
    Plaintiff.

Case No. _____

V.

James F. Bridenstine,
    Administrator, NASA.
    Defendant

Date: 12/22/2020

## Civil Complaint and Request for Jury Trial

**1** - Plaintiff resides at 2446 South Pacer Lane, Cocoa, Florida. 32926 in Brevard County.

**2** - Defendant's official address is NASA, Code A, 300 E. Street, S.W., Washington, D.C. 20546, in the District of Columbia.

**3** - **a.** This employment discrimination action is brought pursuant to the Age Discrimination in Employment Act of 1967 (ADEA) as amended. Nondiscrimination on Account of Age in Federal Government Employment, 633 a, [Section 15].

    **b.** Jurisdiction and relief are specifically conferred on this Court by the Age

1

Discrimination in Employment Act of 1967 (ADEA) as amended. Nondiscrimination on Account of Age in Federal Government Employment in 633 a, [Section 15] (c).

　c. Prohibited Personnel Practices (5 USC 2302)

　d. The Civil Service Reform Act Of 1978 (CSRA)

　e. Plaintiff complied with the Age Discrimination in Employment Act of 1967 (ADEA) as amended. Nondiscrimination on Account of Age in Federal Government Employment 633a [Section 15] (d) Notice to Commission; time of notice. **Attach.1**

**4.** Plaintiff's employment information at time of removal:

　**a.** Employer: National Aeronautics and Space Administration. John F. Kennedy Space Center, Kennedy Space Center, Florida. 32899.

　**b.** Classification: AST-Experimental Facilities Division, Senior Project Manager GS0801, GS14, Step 10.

　**c.** Position: Engineering Technology Performance & Integration Division, Facilities Project Management Branch, Senior Project Manager.

　**d.** Date of Employment 3/30/1979 – 6/26/2020. Length of Employment: 41years, 3 months.

　**e.** Date of Removal: 6/26/2020

　**f.** Plaintiff Date of Birth: 6/23/1942.

**5** - The acts complained in this civil suit concern the NASA, Kennedy Space Center management. The Defendant's acts of discrimination consist of, but are not

limited to, acts of discrimination, harassment, threats, abuse, oppression and retaliation of a federal employee on account of age.

**Major Acts of Discrimination.**

a- **6/26/2020.** Removal from Federal Service. Unacceptable Performance.

b- **5/15/2020.** AWOL

c- **5/15/2020.** Proposal of Removal.

d- **3/2/2020-5/15/2020.** Opportunity to Demonstrate Acceptable Performance (ODAP) Service and assessment.

e- **02/28/2020.** Projects Reassignment prior to ODAP

f- **10/22/2019;10/28/2019; 11/13/2019; 2/12/2020; 2/28/2020.** Re-assignments

g- **02/03/2020-2/3/2020** Leave Without Pay Suspension (LWP)

h- **11/13/2019.** Unacceptable Performance Mid-Point Review

i- **10/28/2019** LWP

j- **09/16/2020.** Threaten with litigation.

k- **08/21/2019.** Insubordination

l- **08/21/2019.** Failure to Follow Instruction.

m- **7/23/2019.** Lessons Learned Document Censured

n- **05/17/2019.** Letter of Counseling.

o- **05/17/2019.** Spread of false rumors. Defamation of character. Charges of vulgarity, workplace violence, inappropriate conduct, disrespectful conduct, creating a disturbance in the work environments, use of offensive demeanor or language to or about others. Assault/battery on a co-worker.

p- **05/17/2019-6/26/2020**:

3

- Repeated threats of suspension, removal, legal action.

- Intimidating, hostile, offensive, abusive work environment.

- Constant scrutiny, criticism, and harassment

- Embarrassment; verbal abuse, insults.

- Plaintiff has been called rough, rude, paranoid, contentious, disrespectful, ill mannered, lacking PM skills/professionalism, suffering from sleep deprivation (the Plaintiff explained she is nearsighted, and on occasion takes her glasses of and leans over within inches of the screen to read small lettering.

- By coercion, threats, insults, threats of additional suspension, removal demanded the Plaintiff obey an illegal order.

- Disparate treatment. Made the Plaintiff's work more difficult with constant scrutiny, work interruptions, interference with work performance.

- HR employees in the entire process including their selection of the deciding official.

The discriminatory acts took place at NASA, John F Kennedy Space Center, Kennedy Space Center, KSC, Fl. 32899, and at the residencies of the individuals accused of prohibited personnel practice actions.

**6** – Defendant's conduct is discriminatory with respect to age against the Plaintiff
The response to Item 6 requires several pages. In order not to interrupt the flow of this document, the Plaintiff is responding to Item 6 in **Attachment 2**.

4

**7**- Discrimination occurred from May 2019 through June 26, 2020.

The prohibited personnel practices actions culminated on June 26, 2020, with the removal of the employee from Civil Service after forty-one years of successful yearly appraisals and conduct.

**8**- **a**. The Plaintiff filed a complaint of retaliation with the OSC on 5/22/2020, prior to her removal from Federal Service. On June 26, 2020, when the Plaintiff received the Decision – Removal from the Agency, she notified the OSC that she would be appealing the Decision- Removal to the Merit System Protection Board (MSPB). On 9/16/2020, the Office Special Counsel (OSC) issued a letter informing the Plaintiff that the OSC had closed her file since she had selected to exercise her right to file an appeal of her removal with the MSPB. The OSC no longer had jurisdiction. The law only allows the Plaintiff to pursue her claim under one option. **Attachment 3.**

   **b.** On 7/26/2020, The Plaintiff appealed her removal from Federal Service to the MSPB. The appeal process is ongoing.

The Docket Numbers are AT-0432-20-0704-I-1 and AT-1221-21-0001-W-1.

   **c.** The Plaintiff complied with the Age Discrimination in Employment Act of 1967 (ADEA) as amended. Nondiscrimination on Account of Age in Federal Government Employment 633a [Section 15] (d) Notice to Commission; time of notice and provide a 30-day notice of intent to file a civil suit to the Agency. **Attachment 1.**



**9-** The Defendant's acts of discrimination on account of age have resulted in, but are not limited to, the following actual material as well as emotional loses.

**6/27/2020 to Present.** Although the Plaintiff was fired from Federal Service, she spends no less than twelve hours daily including weekends defending herself against the Defendant's malicious falsehoods. She provides evidence that support the Plaintiff's position in events and circumstances that led to her removal from Federal Service in her MSPB appeal and civil lawsuits.

**6/26/2020. Removal from Federal Service.**

   **a.** Plaintiff lost her

-job of over 41 years.

-right to work as a US Citizen.

-UN basic human right to work.

-desire to continue to work.

-Emotional harm due to involuntary forced retirement.

-future Income: $141,089 and benefits, such as annual leave, sick leave, time off awards, holidays.

-The Plaintiff has spent an insurmountable amount of time defending herself from false charges and defamation while her property falls apart and her life have change completely, in shocking and upsetting way, so some NASA KSC managers can satisfy their goal of ridding themselves of an excellent and conscientious employee with the assistance of an unscrupulous employee with the desire to attain a position for personal and financial gain.

6

### b. FSAFEDS:

-2020: $486 cash forfeited for medical expenses.

-2020: $514 tax free contributions for medical expenses.

-Future tax-free contributions for medical expenses.

### c. Contributions to 401k

-2020: $26,000 income tax reduction.

-2020: $26,000 investment in 401k while S&P was at its highest in history.

-Mandatory withdrawal of 401k funds and tax payment starting in 4/2021.

-Future income tax reduction and investment in 401k.

### d. Yearly Performance Award.

-Performance Award 2019: 19 hours forfeited

-Performance Award 2020. Yearly recipient of cash and/or time-off performance lost.

### e. 5/15/2020. AWOL:

-LWP: 3 hours: $201 plus A/L lost. Desperate treatment

### f. 3/2/2020-4/1/2020. Responses to ODAP

-Loss of insurmountable amount of time answering false charges and responding to a farse ODAP designed to fail the Plaintiff as she watched her property and life fall apart, and her personal and family time has become non-existent.

**g. 1/19/2020 – 2/1/2020 LWP Suspension**

-Income pay 10 days: $5,426

-Holiday lost: $542

-Accrual A/L lost: $542

-Accrual S/L lost: $542

**h. 05/17/2019. Letter of Counseling.** Defamation of character

I. General: Maintenance of laptops such as keyboard replacement and additional batteries and storage SD cards

**10-** The Plaintiff requests the Court grants the following relief,

- Reinstatement of the Plaintiff's employment with the Agency as it was prior to her removal from Federal Service. The relief would include all benefits, wages, funds and awards forfeited or lost caused by the removal, suspension and AWOL charges,
- The Court grants such relief as may be appropriate, including injunctive orders, damages, cost, and attorney's fees, and any other relief as permitted by governing laws, regulations and applicable Acts. The Plaintiff requests that the Court imposes penalties upon those found guilty of willfully and maliciously discriminating against others.

If relief is not granted, the Plaintiff will be irreparably denied rights secures by the Age Discrimination in Employment Act of 1967, as amended, Prohibited Personnel

Practices (5 USC 2302), and the Civil Service Reform Act Of 1978 (CSRA)

**11-** Certification and Closing, Under Federal Rule of Civil Procedure 11, by signing below, the Plaintiff certify that to the best of my knowledge, information, and belief, this complaint:

   a. is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

   b. is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.

   c. the factual contentions have evidentiary support.

   d. the Plaintiff otherwise complies with the requirements of Rule 11.

**12– Request for Jury Trial.** The Plaintiff requests a trial by jury.

*Fabiola C. Frank Pro-se*

Fabiola C. Frank. Plaintiff, Pro-se
2446 So. Pacer Lane, Cocoa, Fl 32926
Cell No. 321-536-5108/321-536-5110
Email: fcfrank3@yahoo.com

Date: 12/23/2020