**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FABIOLA C. FRANK,

Plaintiff,

v. Case No. 6:20-cv-2374-WWB-LRH

JAMES F. BRIDENSTINE,

Defendant.
_______________________________/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. On November 5, 2021, the Court ordered Plaintiff to file an amended pleading on or before November 22, 2021. (Doc. 31 at 2). Plaintiff was warned that the failure to do so would result in the dismissal of this case without further notice. (*Id.*). Plaintiff did not timely file an amended pleading and indicates in her Response to Order (Doc. 32) that she will not do so. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on November 29, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party